IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JAMES EDWARD SHERROD, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV339 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| DOUGLAS COUNTY NEBRASKA, | ) | **AND ORDER** |
| and SAMUEL W. COOPER, Esq., | ) | |
| Deputy County Attorney, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    This case was dismissed without prejudice on January 8, 2014, after Plaintiff failed to show why he was entitled to proceed in forma pauperis when he had, on at least three prior occasions while incarcerated, filed cases that were dismissed on the grounds that they were frivolous or failed to state a claim upon which relief may be granted, and when he failed to show that he faced imminent danger of serious physical injury.  *See* 28 U.S.C. § 1915(g).  (Filing Nos. 8 & 9.)

    Plaintiff has now filed a Motion to Reopen this case (Filing No. 10), in support of which he provides no reason to reopen this matter, but simply restates the allegations in his initial Complaint.  (*Compare* Filing No. 10 & Filing No. 1.)  Moreover, this case was dismissed and judgment was entered almost three years ago.  Plaintiff did not appeal the court's judgment dismissing his case, and the time in which to do so has long passed.  Accordingly, Plaintiff's motion shall be denied.

    IT IS ORDERED that Plaintiff's Motion to Reopen this case (Filing No. 10) is denied.

    DATED this 22nd day of November, 2016.

                                            BY THE COURT:
                                            s/ *Richard G. Kopf*
                                            Senior United States District Judge